IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | Chapter 11 |
| STONE & WEBSTER, INC., ) | Case No. 00-02142 (PJW) |
| et al., ) | (Jointly Administered) |
| ) | Adv. No. 07-50390 |
| Debtors. ) | |
| ) | |
| CONSOLIDATED SWINC ESTATE ) | |
| and SWE&C LIQUIDATING TRUST, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 07-208-SLR |
| ) | |
| ACE USA, INC. and CENTURY ) | |
| INDEMNITY COMPANY, ) | |
| ) | |
| Defendants. ) | |

ORDER

At Wilmington this 21st day of May, 2007, having reviewed defendant Century Indemnity Company's motion to withdraw the reference pursuant to 28 U.S.C. § 157(d);

IT IS ORDERED that said motion (D.I. 1) is denied without prejudice to renew when the case is ready for trial. More specifically, the bankruptcy judge assigned to this adversary proceeding shall manage the discovery process and any motion practice. A renewed motion for withdrawal of the reference will be considered only when the parties (through stipulation) or the bankruptcy judge (through a decision) identify the genuine issues of material fact which should be tried to a jury.

United States District Judge